# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Callahan, Jr., William E. | 2. Court or Organization<br><br>Eastern District of Wisconsin | 3. Date of Report<br><br>05/03/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-Time Re-called Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>Room 618<br>517 E. Wisconsin Avenue<br>Milwaukee, WI 53202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/03/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/03/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Suntrust Mortgage, Inc. | Mortgage on property, Hilton Head, S.C. | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank | A | Interest | J | T | | | | | |
| 2. BMO Harris Bank | A | Interest | L | T | | | | | |
| 3. BMO Harris Bank | | None | J | T | | | | | |
| 4. BMO Harris Bank | A | Interest | M | T | | | | | |
| 5. First Ottawa Bankshares, Inc (common) | A | Dividend | K | T | | | | | |
| 6. IRA @ US Bancorp Investments Inc. | | | | | | | | | |
| 7. First American Class R Treasury Obligations | A | Dividend | J | T | | | | | |
| 8. American Funds-AMCAP Fund Class A | A | Dividend | L | T | | | | | |
| 9. American Fund-Income Fund of America Class A | B | Dividend | L | T | | | | | |
| 10. American Fund-Intermediate Bond Class A | A | Dividend | L | T | | | | | |
| 11. American Fund-Investment Co. of America Class A | B | Dividend | L | T | | | | | |
| 12. American Fund-Small Cap World Class A | A | Dividend | L | T | | | | | |
| 13. Property, Hilton Head, S.C. | | None | N | W | | | | | |
| 14. U.S. Bank, Milwaukee, Wisconsin | A | Interest | K | T | | | | | |
| 15. U.S. Bank, Milwaukee, Wisconsin | A | Interest | M | T | | | | | |
| 16. Northwestern Mutual Life Insurance Company Life Policy; NO OPTIONS | A | Dividend | K | T | | | | | |
| 17. Northwestern Mutual Life Insurance Company Life Policy; NO OPTIONS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual Life Insurance Life Policy; NO OPTIONS | A | Dividend | K | T | | | | | |
| 19. Northwestern Mutual Life Insurance Life Policy; NO OPTIONS | A | Dividend | K | T | | | | | |
| 20. Northwestern Mutual Life Insurance Life Policy; NO OPTIONS | A | Dividend | J | T | | | | | |
| 21. MERRILL LYNCH BEYOND BANKING ACCOUNT | | | | | | | | | |
| 22. Merrill Lynch Bank Deposit Program in Bank of America NA | A | Interest | K | T | | | | | |
| 23. --STOCK | | | | | | | | | |
| 24. AMCORE FINCL (common) | | None | J | T | | | | | |
| 25. ANHEUSER-BUSCH (common) | A | Dividend | J | T | | | | | |
| 26. APPLE COMPUTER (common) | A | Dividend | K | T | | | | | |
| 27. BRISTOL MYERS SQUIBB (common) | A | Dividend | K | T | Buy (add'l) | 02/14/17 | J | | |
| 28. DU PONT EI DE NEMOURS & CO (common) | A | Dividend | K | T | Buy (add'l) | 11/09/17 | J | | |
| 29. EMERSON ELEC CO (common) | A | Dividend | J | T | | | | | |
| 30. GENERAL ELECTRIC CO (common) | A | Dividend | J | T | Sold (part) | 11/09/17 | J | A | |
| 31. Alphabet, Inc. (common) | | None | J | T | | | | | |
| 32. JPM (common) | A | Dividend | K | T | | | | | |
| 33. UNITED TECH CORP (common) | A | Dividend | K | T | | | | | |
| 34. Abbott Labs (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Abbvie, Inc. SHS (common) | A | Dividend | J | T | | | | | |
| 36. Amazon Com. Inc., COM | | None | K | T | | | | | |
| 37. Facebook Inc. (common) | | None | K | T | | | | | |
| 38. Monsanto Co. (common) | A | Dividend | J | T | | | | | |
| 39. Pfizer Inc. (common) | A | Dividend | J | T | | | | | |
| 40. Proctor & Gamble Co (common) | A | Dividend | J | T | | | | | |
| 41. Celgene Corp. (common) | | None | K | T | | | | | |
| 42. Chemours Co (common) | A | Dividend | J | T | | | | | |
| 43. Ebay, Inc. (common) | | None | J | T | | | | | |
| 44. Pay Pal Holdings, Inc. (common) | | None | J | T | | | | | |
| 45. Visa, Inc. (common) | A | Dividend | J | T | | | | | |
| 46. MERRILL LYNCH JOINT HOST ACCOUNT | | | | | | | | | |
| 47. American Cap Inc Builder | B | Dividend | K | T | | | | | |
| 48. Fidelity Adv Lvgd Cmpny Stk | A | Dividend | K | T | Sold (part) | 11/15/17 | J | C | |
| 49. Royce Total Return Inv | A | Dividend | K | T | Sold (part) | 11/15/17 | K | B | |
| 50. Ishares S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 51. Franklin Income Fund Adv Class | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T Rowe Price Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 53. T Rowe Price New Hrzn Fund | A | Dividend | K | T | | | | | |
| 54. Smead Value Fund | A | Dividend | K | T | | | | | |
| 55. Invesco Equity and Income Fund Y | A | Dividend | K | T | | | | | |
| 56. Blackrock Multi Asset Income Portfolio Instl | A | Dividend | J | T | | | | | |
| 57. MFS Growth Fund Cl I | | None | J | T | | | | | |
| 58. Cohen & Steers Preferred SEC & Income | A | Dividend | J | T | | | | | |
| 59. Hartford Growth Opportunities Fund | | None | J | T | | | | | |
| 60. Nuveen Santa Barbara Dividend Growth Fund | A | Dividend | J | T | | | | | |
| 61. PARTNERSHIPS | | | | | | | | | |
| 62. Rogers Center for Commerce East (P) | A | Distribution | J | U | | | | | |
| 63. Rogers O'Hare Motor Terminal Limited (P) | | None | J | U | | | | | |
| 64. ANNUITY | | | | | | | | | |
| 65. Allianz Life Ins. Co.; fixed rate annuity, paid annually | F | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 05/03/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William E. Callahan, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544